UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **IVY MARINE CONSULTING, LLC,** | * |
| | * |
| **Plaintiff,** | * |
| | * |
| *vs.* | *   Case No.: 1:17-cv-563 |
| | * |
| **MONARCH ENVIRONMENTAL** | * |
| **SERVICES, LLC,** | * |
| | * |
| **Defendant.** | |

## COMPLAINT

Plaintiff alleges as follows:

### PARTIES AND JURISDICTION

1. Plaintiff IVY MARINE CONSULTING, LLC, is a limited liability company owned by residents of Alabama.

2. Defendant MONARCH ENVIRONMENTAL SERVICES, LLC is not an Alabama limited liability company, and upon information and belief, Defendant's members are not Alabama residents.

3. Federal jurisdiction exists pursuant to 28 U.S.C. § 1332 because Plaintiff is a resident of a different state than Defendant and because the value of the matter in controversy exceeds $75,000.

4. Venue in this district is proper and non-transferable pursuant to Paragraph 12 of that certain Standard Time Charter ("the Agreement") that is the subject of this litigation.

5.      Plaintiff let to Defendant, and Defendant let from Plaintiff, that certain vessel ("the Vessel") known as the MB 6, bearing O.N. 295642.

6.      The terms of the letting are set forth in the Agreement.

7.      Defendant has defaulted under the Agreement by failing to pay the $850.00 per day hire rate for 59 days, totaling $50,150.00.

8.      Defendant has further defaulted under the Agreement by failing to surrender the Vessel in a gas free condition suitable to load #2 diesel. Plaintiff's cost of putting the Vessel in that condition will be $57,775.00.

WHEREFORE, Plaintiff demands judgment against Defendant in the amount of 110,150.00, plus interest and court costs.

DATED December 22, 2017.

> Respectfully submitted,
>
> */s/ Richard E. Davis*
> **RICHARD E. DAVIS** (DAV046)

**Of Counsel:**
DAVIS & FIELDS, P.C.
Post Office Box 2925
Daphne, Alabama 36526
(251) 621-1555; (251) 621-1520, fax
rdavis@davis-fields.com


**PLAINTIFF WILL SERVE DEFENDANT VIA CERTIFIED MAIL AS FOLLOWS:**

**Monarch Environmental Services, LLC
108 East Lake Road
Woodstown, NJ 08098**

> *s/ Richard E. Davis*
> **RICHARD E. DAVIS**

85567.wpd